## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 86 MAL 2018

                 Respondent   :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

                 v.   :

MARKEASE GILBERT COUSINS,   :

                 Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is as follows:

Whether the Superior Court erred in holding that the legal maximum sentence under 35 P.S. § 780-113(b) of the Controlled Substance, Drug, Device and Cosmetic Act is three years of incarceration when an individual has prior convictions for possession of paraphernalia, 35 P.S. § 780-113(a)(32), and possession of a small amount of marijuana, 35 P.S. § 780-113(a)(31).